United States District Court
Southern District of Texas
**ENTERED**
June 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. H-16-126-2 |
| | § | |
| JOSE ROJO-VILLA | § | |

## REPORT AND RECOMMENDATION

Before the court, by referral pursuant to 28 U.S.C. §636(b), is the matter of the re-arraignment of Jose Rojo-Villa, the defendant in this action. On June 26, 2017, Defendant Jose Rojo-Villa appeared with counsel before the undersigned magistrate judge for the purpose of entering a guilty plea to the Superseding Information charging him with conspiracy to possess with intent to distribute 5 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 846.

Defendant Rojo-Villa consented in writing to plead guilty before a United States Magistrate Judge. After conducting said proceeding in the form and manner prescribed by Rule 11 of the Federal Rules of Criminal Procedure, this court makes the following findings of fact:

1.  Defendant Rojo-Villa, after consultation with counsel of record and with the approval of the government, has knowingly and voluntarily consented to be advised of his rights and to enter a plea of guilty before a U.S. Magistrate Judge subject to final approval and imposition of sentence by Chief United States District Judge Lee Rosenthal.

1

2. Defendant Rojo-Villa is fully competent and capable of entering an informed plea.

3. Defendant Rojo-Villa is aware of the nature of the charges, the maximum punishment range and other penalties that may be imposed at sentencing. Defendant Rojo-Villa acknowledged that whether he qualified for a Section 5K1.1 departure was within the sole discretion of the United States.

4. Defendant Rojo-Villa understands his constitutional and statutory rights and wishes to waive those rights. Defendant also understands that he is waiving his right to appeal his conviction or sentence and may not collaterally attack his conviction or sentence except in the case of ineffective assistance of counsel.

5. Defendant Rojo-Villa understands that the sentencing judge is not bound by any recommendation on sentencing made by either counsel for the government or counsel for the defendant, and that if a recommendation on sentencing is not followed by the sentencing judge, he may not withdraw his plea of guilty.

6. Defendant Rojo-Villa's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense charged in Count 1 of the Superseding Information.

Based upon the foregoing, it is **RECOMMENDED** that the guilty plea of Defendant Jose Rojo-Villa to Count 1 of the Superseding Information be accepted by the court and that Jose Rojo-Villa be adjudged guilty of the offense alleged in Count 1 of the Superseding Information, to wit: conspiracy to possess with intent to distribute 5 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 846.

The Clerk shall send copies of this Report and Recommendation to the respective parties who have fourteen (14) days from the receipt thereof to file written objections thereto pursuant to

2

General Order 2002-13.  Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

The original of any written objections shall be filed with the United States District Clerk, P.O. Box 61010, Houston, Texas, 77208.  Copies of such objections shall be mailed to opposing parties and to the chambers of the undersigned, 515 Rusk, Suite 7019, Houston, Texas 77002.

SIGNED at Houston, Texas, this 27th day of June, 2017.

_____
U.S. MAGISTRATE JUDGE

3